# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah H. Brown,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Department of Corrections,<br><br>    Defendant. | No. CV-17-04298-PHX-DKD<br><br>**ORDER** |

    Pending before the Court are Plaintiff's Complaint, (Doc. 1), Application for Leave to Proceed in Forma Pauperis, (Doc. 2), and United States Magistrate Judge David K. Duncan's Report and Recommendation ("R&R"), which recommends dismissal of the Complaint without prejudice, (Doc. 12). The Magistrate Judge advised Plaintiff that she had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 2 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

    Plaintiff did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court

will accept the R&R and dismiss the Complaint without prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS THEREFORE ORDERED** that Judge Duncan's R&R (Doc. 12) is **ACCEPTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Application for Leave to Proceed in Forma Pauperis (Doc. 2) is denied as moot.

Dated this 22nd day of February, 2018.

_____
Honorable G. Murray Snow
United States District Judge